

# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2021

No. 04-20-00577-CV

Clarissa Nicole **LOPEZ**,
Appellant

v.

Alberto Luis **CAVAZOS**,
Appellee

From the County Court, Jim Wells County, Texas
Trial Court No. 20-02-60230-CV
Honorable Michael Ventura Garcia, Judge Presiding

## O R D E R

On December 30, 2020, we ordered appellant to file written proof that she properly requested the court reporter to prepare the record by designating the portions of the proceedings and the exhibits to be included. In that order, we informed the court reporter that she must file the record no later than thirty days after appellant filed her written proof. That same day, appellant filed written proof that she requested the record on November 20, 2020. Accordingly, we **ORDER** the court reporter to file the reporter's record **by January 29, 2021**. **Further extensions of time will be disfavored.**

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of January, 2021.

_____
Michael A. Cruz,
Clerk of Court